IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BRITTANY PENA,  §§§§ Plaintiff, §§ v. § TEIJIN AUTOMOTIVE § TECHNOLOGIES TEXAS, LLC §§§ Defendant. § | C.A. No. 5:23-cv-670 |

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice that the above-captioned matter has settled. Plaintiff requests that the parties be allowed 30 days to file dismissal documents.

Respectfully submitted,

**ROSS SCALISE BEELER AND PILLISCHER**

_____
**CHARLES L. SCALISE**
Texas Bar No. 24064621
Attorney-in-Charge
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile
charles@rosslawgroup.com

**ATTORNEYS FOR PLAINTIFF**

-2-

## **CERTIFICATE OF SERVICE**

    In accordance with the Federal Rules of Civil Procedure, I hereby certify that on July 5, 2024, I filed the forgoing via the Court's CM/ECF Electronic Filing System, which will send a copy to all counsel of record.

_____
CHARLES L. SCALISE